**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Christopher J. Stringer        CHAPTER 13
               Debtor(s)

                                      BKY. NO. 22-12674 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

   Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

                                      Respectfully submitted,

                                      **/s/ Michael P. Farrington, Esquire**
                                      Michael P. Farrington, Esquire
                                      Attorney I.D. No. 329636
                                      KML Law Group, P.C.
                                      BNY Mellon Independence Center
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106
                                      215-627-1322
                                      mfarrington@kmllawgroup.com