UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　Christopher J. Stringer<br><br>　　　　　　　Debtor | Chapter 13<br>Bankruptcy No.22-12674-PMM |

CERTIFICATE OF SERVICE

　　I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 26th day of January, 2023, by first class mail upon those listed below:

Christopher J. Stringer
53 Pinancle Road
Holtwood, PA  17532

**Electronically via CM/ECF System Only:**

ALAINE V GRBACH ESQ
675 ESTELLE DRIVE - REAR
LANCASTER, PA  17601-2129

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Kristen Gliem*
　　　　　　　　　　　　　　　　　　　　　　　　Kristen Gliem
　　　　　　　　　　　　　　　　　　　　　　　　for
　　　　　　　　　　　　　　　　　　　　　　　　Scott F. Waterman, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee