Mid-Atlantic Steel Fabrication
14 N. Ronks Road
Ronks, PA 17572

Christopher J Stringer
53 Pinnacle Road
Holtwood, PA 17532

Direct Deposit

---

| Employee Pay Stub | | Check number: DD3439 | | Pay Period: 04/16/2023 - 04/29/2023 | Pay Date: 05/05/2023 |
|---|---|---|---|---|---|

**Employee**
Christopher J Stringer, 53 Pinnacle Road, Holtwood, PA 17532

**SSN**
***-**-7491

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Shop Wages | 80:00 | 29.00 | 2,320.00 | 20,539.25 |
| Shop Overtime Wages | 19:05 | 43.50 | 830.13 | 5,462.19 |
| Bonus | | | | 430.00 |
| Vacation | | | | 232.00 |
| Holiday | | | | 696.00 |
| | 99:05 | | 3,150.13 | 27,359.44 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Local | -31.50 | -273.61 |
| LST Tax | -2.00 | -22.00 |
| Federal Withholding | -2.00 | -391.00 |
| Social Security Employee | -195.31 | -1,696.29 |
| Medicare Employee | -45.68 | -396.71 |
| PA - Withholding | -96.71 | -839.93 |
| PA - Unemployment Employee | -2.20 | -19.15 |
| | -375.40 | -3,638.69 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Roth 401k Emp. | -189.01 | -1,068.11 |

| Net Pay | 2,585.72 | 22,652.64 |
|---|---|---|

| Direct Deposit | | | Amount |
|---|---|---|---|
| Checking - **********9624 | | | 2,585.72 |

| Vacation | Accrued | Used | Available |
|---|---|---|---|
| Current | 0:00 | | 72:00 |
| YTD | | 8:00 | |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| 401k Co. Match | 126.01 | 712.07 |

**Memo**
Direct Deposit

Mid-Atlantic Steel Fabrication  
14 N. Ronks Road  
Ronks, PA 17572

Christopher J Stringer  
53 Pinnacle Road  
Holtwood, PA 17532

Direct Deposit

| Employee Pay Stub | Check number: DD3420 | | | Pay Period: 04/02/2023 - 04/15/2023 | Pay Date: 04/21/2023 |
|---|---|---|---|---|---|
| **Employee** | | | | **SSN** | |
| Christopher J Stringer, 53 Pinnacle Road, Holtwood, PA 17532 | | | | ***-**-7491 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Holiday | 8:00 | 29.00 | 232.00 | 696.00 |
| Shop Wages | 75:00 | 29.00 | 2,175.00 | 18,219.25 |
| Shop Overtime Wages | 10:00 | 43.50 | 435.00 | 4,632.06 |
| Bonus | | | | 430.00 |
| Vacation | | | | 232.00 |
| | 93:00 | | 2,842.00 | 24,209.31 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Local | -28.42 | -242.11 |
| LST Tax | -2.00 | -20.00 |
| Federal Withholding | 0.00 | -389.00 |
| Social Security Employee | -176.21 | -1,500.98 |
| Medicare Employee | -41.20 | -351.03 |
| PA - Withholding | -87.25 | -743.22 |
| PA - Unemployment Employee | -1.99 | -16.95 |
| | -337.07 | -3,263.29 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Roth 401k Emp. | -170.52 | -879.10 |
| **Net Pay** | **2,334.41** | **20,066.92** |

| Direct Deposit | | | Amount |
|---|---|---|---|
| Checking - **********9624 | | | 2,334.41 |

| Vacation | Accrued | Used | Available |
|---|---|---|---|
| Current | 0:00 | | 72:00 |
| YTD | | 8:00 | |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| 401k Co. Match | 113.68 | 586.06 |

Memo  
Direct Deposit

Mid-Atlantic Steel Fabrication  
14 N. Ronks Road  
Ronks, PA 17572

Christopher J Stringer  
53 Pinnacle Road  
Holtwood, PA 17532

Direct Deposit

| Employee Pay Stub | Check number: DD3401 | | | Pay Period: 03/19/2023 - 04/01/2023 | Pay Date: 04/07/2023 |
|---|---|---|---|---|---|

**Employee**  
Christopher J Stringer, 53 Pinnacle Road, Holtwood, PA 17532

**SSN**  
\*\*\*-\*\*-7491

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Shop Wages | 80:00 | 29.00 | 2,320.00 | 16,044.25 |
| Shop Overtime Wages | 27:00 | 43.50 | 1,174.50 | 4,197.06 |
| Bonus | | | | 430.00 |
| Vacation | | | | 232.00 |
| Holiday | | | | 464.00 |
| | 107:00 | | 3,494.50 | 21,367.31 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Local | -34.95 | -213.69 |
| LST Tax | -2.00 | -18.00 |
| Federal Withholding | -44.00 | -389.00 |
| Social Security Employee | -216.66 | -1,324.77 |
| Medicare Employee | -50.67 | -309.83 |
| PA - Withholding | -107.28 | -655.97 |
| PA - Unemployment Employee | -2.45 | -14.96 |
| | -458.01 | -2,926.22 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Roth 401k Emp. | -209.67 | -708.58 |

| Net Pay | 2,826.82 | 17,732.51 |
|---|---|---|

| Direct Deposit | | | Amount |
|---|---|---|---|
| Checking - \*\*\*\*\*\*\*\*\*\*8624 | | | 2,826.82 |

| Vacation | Accrued | Used | Available |
|---|---|---|---|
| Current | 0:00 | | 72:00 |
| YTD | | 8:00 | |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| 401k Co. Match | 139.78 | 472.38 |

Memo  
Direct Deposit

Mid-Atlantic Steel Fabrication, 14 N. Ronks Road, Ronks, PA 17572

Mid-Atlantic Steel Fabrication  
14 N. Ronks Road  
Ronks, PA 17572

Christopher J Stringer  
53 Pinnacle Road  
Holtwood, PA 17532

Direct Deposit

| Employee Pay Stub | | Check number: DD3382 | | Pay Period: 03/05/2023 - 03/18/2023 | Pay Date: 03/24/2023 |
|---|---|---|---|---|---|

| Employee | | | | SSN |
|---|---|---|---|---|
| Christopher J Stringer, 53 Pinnacle Road, Holtwood, PA 17532 | | | | ***-**-7491 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Shop Wages | 76:30 | 29.00 | 2,218.50 | 13,724.25 |
| Shop Overtime Wages | 12:00 | 43.50 | 522.00 | 3,022.56 |
| Bonus | | | | 430.00 |
| Vacation | | | | 232.00 |
| Holiday | | | | 464.00 |
| | 88:30 | | 2,740.50 | 17,872.81 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Local | -27.41 | -178.74 |
| LST Tax | -2.00 | -16.00 |
| Federal Withholding | 0.00 | -345.00 |
| Social Security Employee | -169.91 | -1,108.11 |
| Medicare Employee | -39.74 | -259.16 |
| PA - Withholding | -84.13 | -548.69 |
| PA - Unemployment Employee | -1.92 | -12.51 |
| | -325.11 | -2,468.21 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Roth 401k Emp. | -164.43 | -498.91 |

| Net Pay | 2,250.96 | 14,905.69 |
|---|---|---|

| Direct Deposit | | | Amount |
|---|---|---|---|
| Checking - **********9624 | | | 2,250.96 |

| Vacation | Accrued | Used | Available |
|---|---|---|---|
| Current | 0:00 | | 72:00 |
| YTD | | 8:00 | |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| 401k Co. Match | 109.62 | 332.60 |

Memo  
Direct Deposit

Mid-Atlantic Steel Fabrication, 14 N. Ronks Road, Ronks, PA 17572