# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re   Christopher J. Stringer                                        Case No.   22-12674
                                    Debtor(s)                          Chapter    13

## RESPONSE OF DEBTOR TO THE MOTION OF M & T BANK FOR RELIEF FROM STAY

The debtor, Christopher J. Stringer, through his attorney, responds to the above motion respectfully represents:

1.  Debtor fell behind in his mortgage payment s due to a lack of overtime, but now is willing to cure all arrears through two months of double payments.

2.  Debtor attempted to cure all arrears through a direct contacts with M & T, but was advised that this matter would have to be address through counsel.

3.  Debtor has had an upward struggle due to the cancer of his daughter, but since she is now in remission he is willing to work overtime to cure arrears.

WHEREFORE, the debtor respectfully requests that this Court enter an order denying the said Motion, and that he be granted such other and further relief as is just and proper.

Dated:   November 9, 2023                        Respectfully submitted,


                                                 Alaine V. Grbach 45485
                                                 Attorney for Debtor(s)