United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 22-12674-pmm
Christopher J. Stringer     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2
Date Rcvd: Dec 07, 2023     Form ID: 155     Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher J. Stringer, 53 Pinancle Road, Holtwood, PA 17532-9641 |
| 14726298 | + | Cby Systems Inc, 33 S Duke St, York, PA 17401-1401 |
| 14775910 | + | M & T Bank, C/O Michael P. Farrington, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14731034 | + | M&T Bank, c/o Michael P. Farrington, Esquire, KML Law Group, P.C., BNY Mellon Independence Center, 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14726826 | + | U.S. Department of Housing and Urban Development, 2000 N Classen Blvd, Suite 3200, Oklahoma City, OK 73106-6034 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14726300 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 08 2023 01:05:06 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14726301 | | Email/Text: mrdiscen@discover.com | Dec 08 2023 00:35:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14728894 | | Email/Text: mrdiscen@discover.com | Dec 08 2023 00:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14726299 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 08 2023 01:26:43 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14726302 | ^ | MEBN | Dec 08 2023 00:22:29 | KML LAW GROUP, 701 MARKET STREET, SUITE 5000, BNY MELLON BANK CENTER, Philadelphia, PA 19106-1541 |
| 14735559 | | Email/Text: camanagement@mtb.com | Dec 08 2023 00:36:00 | M&T Bank, Attn Payment Processing,, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 14734960 | | Email/Text: camanagement@mtb.com | Dec 08 2023 00:36:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14726303 | | Email/Text: camanagement@mtb.com | Dec 08 2023 00:36:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14730904 | ^ | MEBN | Dec 08 2023 00:22:28 | M&T Bank, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14726567 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Dec 08 2023 00:52:54 | U.S. Department of Housing and Urban Development, 100 Penn Square East, 11th Floor, Philadelphia, PA 19107-3380 |
| 14726304 | + | Email/Text: bkelectronicnotices@usaa.com | Dec 08 2023 00:35:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 14726305 | | Email/Text: PHILAW@weltman.com | Dec 08 2023 00:35:00 | WELTMAN, WEINBERG & REIS CO.,LPA, |

170S. INDEPENDENCE MALL W, SUITE 874W, Philadelphia, PA 19106-3334

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14757530 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, ATTN: Payment Processing, P.O. Box 1288, Buffalo, NY 14240-0840 |
| 14775446 | *+ | M&T Bank, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2023     Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2023 at the address(es) listed below:

**Name**     **Email Address**

ALAINE V. GRBACH
 on behalf of Debtor Christopher J. Stringer avgrbach@aol.com

BRIAN CRAIG NICHOLAS
 on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
 on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
 on behalf of Creditor M&T Bank mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
 ECFMail@ReadingCh13.com

United States Trustee
 USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Christopher J. Stringer
    Debtor(s)

Chapter: 13
Bankruptcy No: 22−12674−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this December 7, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Patricia M. Mayer
    Judge, United States Bankruptcy Court

49
Form 155