# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christopher J. Stringer <br>                        Debtor(s) <br><br> M&T Bank <br>                        Movant <br>         vs. <br><br> Christopher J. Stringer <br>                        Debtor(s) <br><br> Ashley N. Stringer <br>                        Co-Debtor <br><br> Scott F. Waterman <br>                        Trustee | CHAPTER 13 <br><br><br> NO. 22-12674 PMM <br><br><br> 11 U.S.C. Section 362 and 1031 |

## ORDER

AND NOW, this __18th__ day of __December__, 2023 at Reading, upon confirmation of this Stipulation is it ORDERED AND DECREED:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

*Patricia M. Mayer*

Honorable Patricia M. Mayer
United States Bankruptcy Judge