| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 22-12674-PMM**

Christopher J. Stringer
53 Pinancle Road
Holtwood  PA    17532

Petition Filed Date: 10/04/2022
341 Hearing Date: 11/15/2022
Confirmation Date: 12/07/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/22/2023 | $1,350.00 | | 09/19/2023 | $1,350.00 | | 10/11/2023 | $1,350.00 | |
| 11/13/2023 | $1,350.00 | | 12/13/2023 | $1,350.00 | | 01/23/2024 | $1,350.00 | |
| 02/14/2024 | $1,350.00 | | 03/05/2024 | $1,350.00 | | 04/05/2024 | $1,350.00 | |
| 05/13/2024 | $1,350.00 | | 06/10/2024 | $1,350.00 | | 07/22/2024 | $1,350.00 | |

**Total Receipts for the Period:  $16,200.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $27,600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | US DEPARTMENT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $12,105.65 | $0.00 | $12,105.65 |
| 3 | M&T BANK<br>»» 003 | Mortgage Arrears | $63,592.23 | $19,302.50 | $44,289.73 |
| 0 | ALAINE V GRBACH ESQ | Attorney Fees | $4,500.00 | $4,500.00 | $0.00 |
| 4 | CHASE CARD SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-12674-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $27,600.00 | Current Monthly Payment: | $1,350.00 |
| Paid to Claims: | $23,802.50 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,582.50 | Total Plan Base: | $76,200.00 |
| Funds on Hand: | $1,215.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.