| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 22-12674-PMM

| | |
|---|---|
| Christopher J. Stringer | Petition Filed Date: 10/04/2022 |
| 53 Pinancle Road | 341 Hearing Date: 11/15/2022 |
| Holtwood  PA    17532 | Confirmation Date: 12/07/2023 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/22/2024 | $1,350.00 | | 09/16/2024 | $1,350.00 | | 10/15/2024 | $1,350.00 | |
| 11/13/2024 | $1,350.00 | | 12/12/2024 | $1,350.00 | | 01/13/2025 | $1,350.00 | |
| 02/18/2025 | $1,350.00 | | 03/20/2025 | $1,350.00 | | 04/17/2025 | $1,350.00 | |
| 05/15/2025 | $1,350.00 | | 06/25/2025 | $1,350.00 | | 07/24/2025 | $1,350.00 | |

**Total Receipts for the Period:  $16,200.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $43,800.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | US DEPARTMENT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $12,105.65 | $0.00 | $12,105.65 |
| 3 | M&T BANK<br>»» 003 | Mortgage Arrears | $63,592.23 | $35,482.25 | $28,109.98 |
| 0 | ALAINE V GRBACH ESQ | Attorney Fees | $4,500.00 | $4,500.00 | $0.00 |
| 4 | CHASE CARD SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-12674-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $43,800.00 | Current Monthly Payment: | $1,350.00 |
| Paid to Claims: | $39,982.25 | Arrearages: | $0.00 |
| Paid to Trustee: | $3,817.75 | Total Plan Base: | $76,200.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.