Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Christopher J. Stringer
53 Pinancle Road
Holtwood, PA 17532

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 22-12674-PMM**

Petition Filed Date: 10/04/2022
341 Hearing Date: 11/15/2022
Confirmation Date: 12/07/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/18/2025 | $1,350.00 | | 09/16/2025 | $1,350.00 | | 10/21/2025 | $1,350.00 | |
| 12/02/2025 | $1,350.00 | | 12/30/2025 | $1,350.00 | | 01/26/2026 | $1,350.00 | |
| 02/18/2026 | $1,350.00 | | 03/23/2026 | $1,350.00 | | 04/28/2026 | $1,350.00 | |
| 05/26/2026 | $1,350.00 | | 06/30/2026 | $1,350.00 | | | | |

**Total Receipts for the Period: $14,850.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $60,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | US DEPARTMENT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $12,105.65 | $0.00 | $12,105.65 |
| 3 | M&T BANK<br>»» 003 | Mortgage Arrears | $63,592.23 | $49,218.50 | $14,373.73 |
| 0 | ALAINE V GRBACH ESQ | Attorney Fees | $4,500.00 | $4,500.00 | $0.00 |
| 4 | CHASE CARD SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-12674-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $60,000.00 | Current Monthly Payment: | $1,350.00 |
| Paid to Claims: | $53,718.50 | Arrearages: | $0.00 |
| Paid to Trustee: | $5,035.45 | Total Plan Base: | $76,200.00 |
| Funds on Hand: | $1,246.05 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.