# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Cheryl Labs<br>David Labs<br><br>          Debtor(s)<br><br>METROPOLITAN LIFE INSURANCE COMPANY, its successors and/or assigns<br>          Movant<br>     vs.<br><br>Cheryl Labs<br>David Labs<br>          Debtor(s)<br><br>Scott F. Waterman<br>          Trustee | CHAPTER 13<br><br><br><br><br><br>NO. 19-16191 AMC<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Certification of Default of METROPOLITAN LIFE INSURANCE COMPANY, which was filed with the Court on or about March 21, 2022 (document no. 67).

                                        Respectfully submitted,


                                        /s/ Rebecca A. Solarz, Esq.
                                        _____
                                        Rebecca A. Solarz, Esquire
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106
                                        Phone: (215)-627-1322

Dated: 3/31/2022