*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: David Labs and Cheryl Labs
    Debtor(s)

Case No: 19–16191–amc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Objection to Certification of Default

on: 5/17/23

at: 11:00 AM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

Date: 4/5/23

For The Court

Timothy B. McGrath
Clerk of Court

84 – 83
Form 167